UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **WILFRED BRADLEY** | * | **CIVIL ACTION NO:** |
| **VERSUS** | * | **JUDGE** |
| **MOUNTAIN LAKE RISK,** | * | **MAGISTRATE** |
| **U.S. XPRESS, INC.;** | | |
| **AND GEORGE FIORUCCI** | * | **JURY DEMAND** |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes WILFRED BRADLEY, a resident of the full age of majority, living in the Parish of St. Landry, State of Louisiana, who with respect represents:

1.

Made defendants herein are:

A. MOUNTAIN LAKE RISK, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities and faults of, U.S. XPRESS, INC. and GEORGE FIORUCCI, while operating a 2016 Peterbilt owned by U.S. XPRESS, INC., and covering the damages alleged herein;

B. U.S. XPRESS, INC., a foreign corporation allowed to do and doing business within the State of Louisiana, whose principal place of business is located at 4080 Jenkins Road, Chattanooga, Tennessee;

C. GEORGE FIORUCCI, a person of the full age of majority and resident of the State of Texas, who can be served at 5006 Bowman Court, Spring, TX 77388, at all times pertinent hereto was in the course and scope of his employment with U.S. XPRESS, INC.

2.

On or about February 14, 2018, WILFRED BRADLEY was operating his 1999 Volkswagen Passat in a safe and prudent fashion on US 190 in Jefferson Davis Parish, State of Louisiana, when suddenly and without warning the 2016 Peterbilt (owned by U.S. XPRESS, INC.) driven, with permission, by GEORGE FIORUCCI, who was at all times relevant herein in the course and scope of his employment with U.S. XPRESS, INC., made an illegal left turn from LA 26 into Mr. Bradley's lane of travel, causing a collision and severe injuries and damages to WILFRED BRADLEY.

3.

The above described collision resulted from the fault and/or negligence of GEORGE FIORUCCI in the following non-exclusive particulars:

A. In failing to maintain a lookout;

B. In failing to remain attentive;

C. In failing to yield at a stop sign with red flashing lights;

D. In making an illegal left-hand turn before it was safe to do so;

E. In failing to yield before turning;

F. In operating his vehicle in a careless and reckless fashion.

4.

U.S. XPRESS, INC. is vicariously and legally liable for any acts and/or omissions committed by GEORGE FIORUCCI that are the cause of the accident and any and all damages and injuries sustained by Petitioner herein. See Article 2317 & 2320 of Louisiana Civil Code.

5.

Alternatively, at the time of this accident, GEORGE FIORUCCI was in the course and scope of his employment with U.S. XPRESS, INC. and/or on a mission for U.S. XPRESS, INC. which is

liable *in solido* with GEORGE FIORUCCI.

6.

As a result of the above described collision, petitioner, WILFRED BRADLEY sustained serious and permanent injuries that have resulted in past and future physical and mental pain and suffering and past and future loss of enjoyment of life, past and future loss of earnings and loss of earning capacity, disability, scarring/disfigurement, and that has necessitated that he incur medical and life care expenses, both past and future, all of which entitles him to recover a sum reasonable in the premises.

7.

As a result of this accident petitioner, WILFRED BRADLEY, suffered damage to his vehicle, incurred towing and storage expenses, and lost the use of his vehicle, diminution in value, and petitioner is thus entitled to any and all damages associated with said loss, as well as any and all applicable penalties, punitive damages and attorney fees for MOUNTAIN LAKE RISK'S failure to evaluate and tender appropriate property damage, total loss and/or lost use in a timely manner.

8.

At this time, damages in this matter exceed $75,000.00.  Plaintiff reserves his right to amend this petition.

9.

This Court has jurisdiction due to diversity of citizenship, 28 U.S.C. § 1332.

WHEREFORE, petitioners, WILFRED BRADLEY, prays that a certified copy of this complaint be served upon defendants, MOUNTAIN LAKE RISK, U.S. XPRESS, INC. and GEORGE FIORUCCI, and that after due proceedings are had there be judgment herein in favor of petitioners, WILFRED BRADLEY, and against defendants, MOUNTAIN LAKE RISK, U.S. XPRESS, INC. and GEORGE FIORUCCI, jointly, severally and *in solido* in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid and for all cost of these proceedings.

Respectfully submitted,

BROUSSARD & DAVID, LLC


__/s/ Blake R. David_____
Blake R. David (No. 27427)
Robert B. Brahan, Jr. (No. 31390)
557 Jefferson Street
Post Office Box 3524
Lafayette, Louisiana 70502-3524
(337) 233-2323  - Telephone
(337) 233-2353  - Fax
blake@broussard-david.com
robert@broussard-david.com
ATTORNEYS FOR PLAINTIFF,
WLIFRED BRADLEY


**PLEASE SERVE:**

MOUNTAIN LAKE RISK
Through Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

U.S. XPRESS, INC.
Through Agent for Service of Process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802


GEORGE FIORUCCI
5006 Bowman Court
Spring, TX 77388