UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| WILFRED BRADLEY | : | CIVIL ACTION NO. 6:19 cv 00056 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| MOUNTAIN LAKE RISK, U.S. XPRESS, INC., AND | : | MAGISTRATE PATRICK J. HANNA |
| GEORGE FIORUCCI | : | JURY DEMAND |

## **DEFENDANTS' MOTION *IN LIMINE***

NOW INTO COURT, through undersigned counsel, come defendants, Mountain Lake Risk Retention Group, Inc., U.S. Xpress, Inc., and Mr. George Fiorucci (collectively, "Movers"), who file this Motion *in Limine* and, for the reasons stated in their memorandum in support of this Motion filed this same day, seek a pre-trial ruling and Order from this Honorable Court excluding the following:

1) Any argument or reference to the relative financial positions of Defendants and Plaintiff; and

2) Reference, testimony, or evidence related to U.S. Xpress, Inc.'s hiring, training, supervision or retention of Mr. Fiorucci, or entrustment of a vehicle to Mr. Fiorucci.

As further discussed in the attached memorandum in support, Defendants respectfully submit that a motion in *limine* should issue precluding the admission of the items identified above.

Respectfully submitted,

**The Dill Firm, A.P.L.C.**

BY: */s/Michael C. Wynne*
_____
JAMES M. DILL (Bar Roll #18868)
MICHAEL C. WYNNE (Bar Roll #36096)
G. AUSTIN LOVE (Bar Roll #36554)

825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 211
Facsimile: (337) 261-9176
Email: jdill@dillfirm.com
Email: mwynne@dillfirm.com
Email: alove@dillfirm.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 21, 2021, a copy of the foregoing, "Defendants' Motion *in Limine*" was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

Lafayette, Louisiana, this 21st day of September, 2021.

*/s/Michael C. Wynne*
_____
MICHAEL C. WYNNE