Case 6:19-cv-00056-RRS-PJH Document 123 Filed 08/05/22 Page 1 of 4 PageID #: 6814

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

AUG 05 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILFRED BRADLEY                         CASE NO. 6:19-CV-00056

VERSUS                                  JUDGE ROBERT R. SUMMERHAYS

MOUNTAIN LAKE RISK ET AL                MAGISTRATE JUDGE PATRICK J. HANNA

EXHIBIT LIST – Contains Manual exhibits
Jury Trial 8/1/22

PARTY: PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Property Damage Photos | 08/01/22 |
| 2 | Custard Insurance Adjusters | 08/01/22 |
| 3 | Injury Photos | 08/01/22 |
| 4 | Photos of Prior Activity | 08/01/22 |
| 5 | Portion of Crash Report | 08/02/22 |
| 6 | Medical Expense Recapitulation | 08/02/22 |
| 7 a-z (aa-ee) | Excerpts of Medical Records and Bills | 08/02/22 |
| 8 | Mountain Lake Risk Ins. Policy | 08/01/22 |
| 9 | Larry Stokes CV | 08/01/22 |
| 10 | John Theriot CV | 08/01/22 |
| 11 a-f | Michael Gillen CV and expert report | 08/01/22 |
| 15 | U.S. Xpress Driver Logs | 08/01/22 |
| 16 | X-Rays, CT images, and MRI images (manual attach – flash drive) | 08/01/22 |
| 17 | Video – Chevron Convenience Store (manual attach – flash drive) | 08/01/22 |
| 18 | Defendants' answer to petition, discovery resp. pleadings | 08/01/22 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILFRED BRADLEY                    CASE NO. 6:19-CV-00056

VERSUS                             JUDGE ROBERT R. SUMMERHAYS

MOUNTAIN LAKE RISK ET AL           MAGISTRATE JUDGE PATRICK J. HANNA

### EXHIBIT LIST
### (contains manual exhibits)
### Jury Trial 8/1/22

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Acadian Ambulance medical records | 08/01/2022 |
| 2 | Cardiovascular Institute of the South medical records | 08/01/2022 |
| 3 | Dr. Reginald Segar medical records | 08/01/2022 |
| 4 | Walmart Pharmacy | 08/01/2022 |
| 5 | Lafayette General Medical Center medical records | 08/01/2022 |
| 6 | Acadian Medical Center/Mercy Regional Medical – medical records | 08/01/2022 |
| 7 | Dr. Muldowney – medical records (manual attachment-flash drive) | 08/01/2022 |
| 8 | Dr. Darrel Henderson/Plastic Surgery – medical records | 08/01/2022 |
| 9 | Therapy Center- medical records (manual attachment-flash drive) | 08/01/2022 |
| 10 | Anesthesiology & Pain Consultants – medical records | 08/01/2022 |
| 11 | Neurodiagnostic Monitoring | 08/01/2022 |
| 12 | Therapy Center - Eunice | 08/01/2022 |
| 13 | Dr. Jensen Bergeron,LPC - | 08/01/2022 |
| 14 | University Hospital and Clinics | 08/01/2022 |
| 15 | Falcon Pharmacy | 08/01/2022 |
| 16 | Southern Spine Institute | 08/01/2022 |
| 17 | Practical Healthcare Supply | 08/01/2022 |
| 18 | Acadiana Renal Physicians | 08/01/2022 |
| 19 | Dr. Shelly Savant | 08/01/2022 |
| 20 | Acadiana Vascular Center | 08/01/2022 |
| 21 | Teche Drugs | 08/01/2022 |
| 22 | Eunice Medical Laboratory | 08/01/2022 |
| 23 | Rehab Xcel of Eunice | 08/01/2022 |
| 24 | Performance Therapy | 08/01/2022 |
| 30 | Louisiana State Police Photographs | 08/01/2022 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILFRED BRADLEY | CASE NO. 6:19-CV-00056 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MOUNTAIN LAKE RISK ET AL | MAGISTRATE JUDGE PATRICK J. HANNA |

**CONTINUATION OF EXHIBIT LIST**
(contains manual exhibits)
Jury Trial 8/1/22

PARTY: DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 31 | Custard Insurance Adjusters Photographs | 08/01/2022 |
| 32 | Surveillance video of plaintiff (manual attachment-flash drive) | 08/01/2022 |
| 33 | Video of scene (manual attachment-flash dive) | 08/01/2022 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILFRED BRADLEY                    CASE NO. 6:19-CV-00056

VERSUS                             JUDGE ROBERT R. SUMMERHAYS

MOUNTAIN LAKE RISK ET AL           MAGISTRATE JUDGE PATRICK J. HANNA

**EXHIBIT LIST**
**Jury Trial  8/1/22**

PARTY: DEFENDANT - PROFFER

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
|  | Larry Stokes | 08/03/22 |