UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| WILFRED BRADLEY | : | CIVIL ACTION NO. 6:19 cv 0056 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| MOUNTAIN LAKE RISK, U.S. XPRESS, INC., AND | : | MAGISTRATE PATRICK J. HANNA |
| GEORGE FIORUCCI | : | JURY DEMAND |

## **JUDGMENT**

The trial of this matter was conducted before a jury on August 1, 2022 through August 4, 2022. On August 5, 2022, the jury returned a verdict in favor of plaintiff, Wilfred Bradley ("Plaintiff"), and against defendants, George Fiorucci, U.S. Xpress, Inc., and Mountain Lake Risk Retention Group, Inc. (collectively, "Defendants"), finding that: a) George Fiorucci/U.S. Xpress, Inc., caused in whole or in part, the subject accident; b) Wilfred Bradley did not cause, in whole or in part, the subject accident; c) allocating 100% of fault to Defendants and 0% fault to Plaintiff; and d) awarding Plaintiff the sum of $3,000,000 in damages.

In accordance with the jury's verdict form, the categories of damages and sum awarded for each specific item of damage is as follows:

| | |
|---|---|
| Past Medical Expenses | $293,108.00 |
| Future Medical Expenses | $500,000.00 |
| Past Lost Wages | $125,000.00 |
| Future Loss of Earning Capacity | $241,000.00 |
| Past Physical Pain & Suffering and Mental Pain & Suffering | $690,892.00 |
| Future Physical Pain & Suffering and Mental Pain & Suffering | $400,000.00 |

| | |
|---|---|
| Past & Future Disability and Loss of Enjoyment of Life | $250,000.00 |
| Disfigurement and Scarring | $500,000.00 |

In accordance with the jury verdict rendered on the 5th day of August, 2022;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that judgment be and is hereby entered in favor of Plaintiff and against Defendants in the amount of three million dollars ($3,000,000.00) (the "Damage Award").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that prejudgment interest is awarded on the Damage Award from the date of judicial demand, January 16, 2019, to the date of entry of this Judgment, at the rate of judicial interest established by Louisiana law (the "Judgment Sum").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that post-judgment interest is awarded on the Judgment Sum from date of entry of this Judgment until paid, at the rate provided for by Title 28, United States Code, Section 1961.

**FINALLY, IT IS ORDERED, ADJUDGED AND DECREED,** that Defendants are taxed with costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure; the sum due shall be determined by the adjudication of a Motion to Assess Taxable Costs and any opposition thereto.

**THUS DONE AND SIGNED,** this 22nd day of August, 2022 in Lafayette, Louisiana.

_____
ROBERT R. SUMMERHAYS,
DISTRICT JUDGE